M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2011 AUG 12 P 12: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RAUL MARIANO DEL TORO )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:11-cv-0048-TMP-WC
 )   (To be supplied by Clerk of U.S. District
COVINGTON COUNTY )   Court)
JAIL )
_____ )
(DEFENDANT) )
_____ )
 )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Covington County Jail   1290 Hillcrest Drive Andalusia
2. _____   Alabama 36420
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  8/06/2011

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Misuse of Confidential Mail Violation

OFFICE OF THE CLERK RECEIVED
UNITED STATES DISTRICT COURT IN AND
FOR MONTGOMERY, ALABAMA:

2011 AUG 12 P 12: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(PLAINTIFF)

PAUL MARIANO DEL TORO

VS.

CLERK OF CIRCUIT COURT
ROGER POWELL
COVINGTON COUNTY, ALABAMA
(DEFENDANT)

I PLAINTIFF PAUL MARIANO DEL TORO COMES NOW to address said UNITED STATES DISTRICT COURTS ON said violations from one CLERK OF THE CIRCUIT COURTS IN AND FOR COVINGTON COUNTY, ALABAMA by the NAME OF ONE ROGER POWELL.

Mr. POWELL AS CLERK of the said COURTS (ABOVE) has recently participated in the Act and or Acts of violation or violations by:
1). MISUSE OF CONFIDENTIAL INFORMATION (13A-10-8)
2). RECKLESS ENDANGERMENT (13A-6-24)
3). CRIMINAL MISCHIEF (13A-7-21)
4). LIBEL AND OR SLANDER (13A-11-161)
5). CRIMINAL TAMPERING (13A-7-25)

Also; Mr. ROGER POWELL, did and knowingly tend to provide and participate in a violation of Breach of the Peace with such nature as to perform in such duties of which he was not Authorized in, nor did he have the Credentials or Autho-

(pg. 2 of 2)

rity figurment to adjudge in or make notice of. He is a clerk or clergy of said courts he is not nor can he take responsibility of denying said motions addressed to the courts for reason of any and or all alleged par-takings of said reason or reasons.

I will furthermore continue to say I am going to pursue these said causes of reason of violations, and the violations of my constitutional amendment rights under the 14th Amendment and or all other Admendments and or violations of this said cause to the fullest extent of the law and to the law and or laws of what is to be assumed to be justice.

I will not and I state not be violated in any of my rights, it will not and I state personally not be tolerated by no-means the laws of the land are said to be stated as follows: "TO SERVE AND TO PROTECT THE PUBLIC" Well; in my opinion that is to say that I will be served with the respect of the law, and not the crooked and or corrupt nature of the law, and I will be protected from those criminal natures of the law.

SINCERELY

Christopher S. Pig (CJH)

DATE: 8-9-11

(GROUND ONE) FACTS CONTINUED TO support this ground NOT only did he deny the motion, but he through the mail dispersed it openly in the means of the general population unconcealed, and my mail went to Another inmate within the jail. That Inmate After reading my legal mail brought it to myself.

I will go on to say I do have the motion that was sent back denyed, and to show prove of how it was dispersed in the mail. I could not provide A copy of that motion on the grounds that the Authorities alledged that there copy machine was down. But As soon As I can obtain A copy I will resume in sending you one to have on record.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON 7/27/2011 I HAD A motion which I had attempted to receive from the courts (motion of Discovery) which was Denied by Roger Powell the Clerk of Circuit Courts for Covington County Alabama, on 8/01/2011.

GROUND TWO: Criminal Negligence: (which the Covington County Jail does not have nor neither do they allow the Inmates access to a "Law Library"

SUPPORTING FACTS: (Above) Not only do they not allow access to a Law Library, nor do they attempt to be responsible for there behavior, when asked upon on request as to the aid of Notary services, they act in accordance as when-ever if ever they decide to offer those services. (Denial of Right).

GROUND THREE: Reckless Endangerment

SUPPORTING FACTS: The Covington County Jail Acts in reckless endangerment as to the cause or causes of the living conditions in re-gards to my health when they act in violation of Cleanliness, and in ~~a~~ violation of the Clean Air Act, Also they are committing very unsanitary and Hazardous living conditions, by placing one in am unclean and unsafe enviroment. To describe for instance and example, They place the Beverage to drink in a ~~soap~~ or costic 5 gallon bucket to be and used to disperse drink from. There are several more of n very concern, And unhealthy condition.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Courts to look into these violations and to justifiably make a Change. And to make the Conditions of Violations which has been stipulated be heard and responsibly acted upon out of respect to cause of Concern for ones rights

_Raul Paul Toro_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/6/2011_
(Date)

_Raul Paul Toro_
Signature of plaintiff(s)



C/O OFFICE OF THE CLERK
UNITED STATES DISTRICT CT.
P.O. Box 711 Montgomery, ALA
36101-0711

RAUL MARIANO DEL TORO
250 HILLCREST DRIVE
ANDALUSIA, ALA. 36420

= "LEGAL MAIL"