IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAUL MARIANO DEL TORO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-648-TMH-WC ) ) |
| DENNIS MEEKS, *et al.*, | ) ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #21) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The RECOMMENDATION (Doc. #21) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment (Doc. #14) is granted;

3. The costs of this proceeding are taxed against the plaintiff; and

4. This case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 10th day of January, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE